IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY | : | |
| | : | CASE NO. 3:19-cv-01789 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| CONTINENTAL CASUALTY COMPANY | : | FEBRUARY 3, 2020 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff Hartford Fire Insurance Company ("Plaintiff" or "Hartford") and its counsel hereby give notice that the above-styled action is voluntarily dismissed against the defendant.

Date:  February 3, 2020

                              PLAINTIFF
                              HARTFORD FIRE INSURANCE COMPANY

By:  _____
       Katherine A. Scanlon (ct18129)
       Reardon Scanlon LLP
       45 South Main Street, Suite 305
       West Hartford, CT 06107
       Telephone 860-955-9451
       Facsimile 860-760-6853
       Katherine.Scanlon@reardonscanlon.com

       Attorneys for Plaintiff Hartford Fire
       Insurance Company

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1) with the Clerk of the Court by using the CM/ECF system.

                                              /s/Katherine A. Scanlon
                                              Katherine A. Scanlon